Date: 03/17/10

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-34402 - OTTERBEIN, TODD LEE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CREDIT BUREAU**<br>**401 NORTH MAIN SUITE 206**<br>**POST OFFICE BOX 56**<br>**AUSTIN MINNESOTA 55912**<br>  60693 | **000005** | **202.86** | **0.89** |
| ---------- Remittance Total --------------- | | 202.86 | 0.89 |

CHARLES W. RIES, Trustee

RECEIVED 10 MAR 18 AM 8:54 U.S. BANKRUPTCY COURT ST PAUL MN